**Todd&Weld**LLP

Max D. Stern
E-mail: mdstern@toddweld.com

August 15, 2016

**Via Overnight Mail**

Food and Drug Administration
Division of Freedom of Information
Office of the Executive Secretariat, OC
5630 Fishers Lane, Room 1035
Rockville, MD 20857

Re:   **July 19, 2016 Expedited FOIA request of Paul E. Peterson regarding the Judge
      Rotenberg Educational Center, Inc. /Electrical Stimulation Devices**

Dear Sir or Madam:

On July 19th, Paul E. Peterson sent the above-referenced Freedom of Information Act
("FOIA") request to the U.S. Food and Drug Administration ("FDA") and your Division, seeking
certain information regarding Electrical Stimulation Devices. The letter submission also
requested expedited treatment pursuant to the provisions of 5 U.S.C. § 552(a)(6)(E)(ii)(I) and 21
C.F.R. § 20.44). The reasons for the request and the basis for expedited consideration were set
forth in the July 19th letter.

Under FOIA, FDA must respond to a request for expedited treatment within 10 days after
the date of the request (5 U.S.C. § 552(a)(6)(E)(ii)(I)). FDA regulations also require a response
within 10 days of the receipt of the request (21 C.F.R. § 20.44). Over 20 days have passed since
the date of Mr. Peterson's July 19th request, even allowing three days for delivery of the letter to
FDA. I write on behalf of Mr. Peterson asking that a response be made.

As set forth in Dr. Peterson's July 19th request, the treatment that the Peterson's child is
receiving is vital to the overall care and safety of the child, and Dr. Peterson's interest in the
requested information pertains to that treatment. As such we would ask that an open line of
communication be established to process the request and get information as quickly as it
becomes available. To facilitate that process, Dr. Peterson is willing to discuss with FDA receipt
of the requested information on a rolling basis, and pay reasonable copying fees.

Sincerely,

Max D. Stern

MDS/pjm
4830-5299-9734, v. 1