**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville, MD 20857

PAUL E PETERSON

5 Midland Road
Wellesley  MA  02482  USA

09/02/2016

In Reply refer to:

2016-7308

Your reference:

Dear Requester:

The Food and Drug Administration (FDA) has received your Freedom of Information Act (FOIA) request for records regarding:

JUDGE ROTENBERG EDUCATIONAL CENTER INC - AVERSIVE THERAPY, AVERSIVE CONDITIONING DVCS, ELECTRICAL STIMULATION DVCS (ESD) UNTITLED LTRS 5/23/10, 6/29/12, WARNING LTR 12/7/12, 483 11/23/10, ETC

We will respond as soon as possible and may charge you a fee for processing your request.   If your informational needs change, and you no longer need the requested records, please contact the undersigned to cancel your request, as charges may be incurred once processing of your request has begun. For more information on processing fees, please see http://www.fda.gov/RegulatoryInformation/FOI/FOIAFees/default.htm.

If you have any questions about your request, please call Sarah B. Kotler,  Director, Division Of Freedom Of Information,  at (301) 796-8976 or write to us at:

> Food and Drug Administration
> Division of Freedom of Information
> 5630 Fishers Lane, Room 1035
> Rockville, MD 20857

If you call or write, use the reference number above which will help us to answer your questions more quickly.

You also have the right to seek dispute resolution services from:

Office of Government Information Services    and/or    Michael Bell
National Archives and Administration                  HHS FOIA Public Liaison
8601 Adelphi Road – OGIS                          U.S. Department of Health and Human Services
College Park, MD 20740-6001                    Office of the Assistant Secretary for Public
                                                  Room 729H
Telephone: 202-741-5770                        200 Independence Avenue, S.W.
Toll-Free: 1-877-684-6448                      Washington, DC 20201
E-mail: ogis@nara.gov
Fax: 202-741-5769                                 Telephone: (202) 260-0793
                                                  E-mail: HHS_FOIA_Public_Liaison@hhs.gov

Sincerely,

Sarah B. Kotler

Director, Division Of Freedom Of Information