# Matthew D. Rodgers

| | |
|---|---|
| **From:** | Paul Peterson <ppeterso40@gmail.com> |
| **Sent:** | Thursday, October 06, 2016 9:03 AM |
| **To:** | Devorah Levine |
| **Subject:** | Fwd: FOIA 2016-7184 and 2016-7308 |
| **Attachments:** | 2016-7308 Redacted.pdf; ATT00001.htm; 2016-7308 request.pdf; ATT00002.htm; 2016-7184 Redacted.pdf; ATT00003.htm; 2016-7184 request.pdf; ATT00004.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "Smith, Celeste" <Celeste.Smith@fda.hhs.gov>
> **Date:** September 28, 2016 at 1:03:56 PM EDT
> **To:** "ppeterso40@gmail.com" <ppeterso40@gmail.com>
> **Cc:** "Russ, Wilson" <Wilson.Russ@fda.hhs.gov>
> **Subject: FOIA 2016-7184 and 2016-7308**
>
> Dear Mr. Peterson:
>
> This is a partial response to your recent FOIA requests (see attached).
>
> The Office of the Executive Secretariat conducted a search of their files and located the attached 51 pages in response to your request. Please note, the attached records were determined to be responsive to both of your requests. Your request is still pending in other offices. They will respond to you directly with their release determinations.
>
> You will receive appeal rights upon receipt of the final agency response.
>
> If you have any concerns regarding this release, you may contact me directly.
>
> Thanks,
>
>
> Celeste Smith
> FOIA Officer DFOI/OES/OC
> U.S. Food & Drug Administration
> 5630 Fishers Lane, Room 1014
> Rockville, MD 20857
> (301)796-8991

**Tropea, Josephine T.**

| | |
|---|---|
| **From:** | Morris, Larry |
| **Sent:** | Wednesday, December 09, 2015 4:23 PM |
| **To:** | Ostroff, Stephen; Califf, Robert; Kraus, Tom; Kuhlik, Bruce; Turner, Lisa; Mednick, David; Amatrudo, Vincent; Svonkin, Michele; Shuren, Jeff; Maisel, William; Silvis, Lauren; Nipper, Rebecca A; Foy, Jonette; Gadiock, Paul S; Ostermiller, Ian; Pena, Carlos L; Como, Peter; Bowsher, Kristen; Pinto, Hina M; Flamm, Eric; Tropea, Josephine T. |
| **Cc:** | Auchincloss, Kalah; Lurie, Peter; Goldie, Christina; Pennington, Caitlin; Lloyd, Lindsay; Huggins, Lisa A; Evans, Dana; Smith, Sharina |
| **Subject:** | Commissioner Meeting -- Update on JRC |

Good Afternoon All,

Please see attached materials for this meeting tomorrow at 4pm.

Thank you,
Larry



*Larry G Morris Jr*
*Assistant to the Commissioner*
*Food and Drug Administration*
*WO Building 1, Room 2228*
*Office: (301) 796-5000 / BB: (240) 447-6567*
*Larry.morris@fda.hhs.gov*

1

**U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Electrical Stimulation Devices (ESDs) for Self-Injurious Behavior (SIB) and Aggressive Behavior (AB)

## Section 516 Proposed Rule to Ban

## December 10, 2015

Privileged/Confidential/Attorney-Client/Work Product























(b) (5)











**Tropea, Josephine T.**

| | |
|---|---|
| **From:** | Tropea, Josephine T. |
| **Sent:** | Wednesday, February 03, 2016 6:14 PM |
| **To:** | Kraus, Tom; Auchincloss, Kalah; Turner, Lisa; Dickinson, Elizabeth (FDA); Cristinzio, Dayle; Kux, Leslie; Lurie, Peter; Sklamberg, Howard; Varnado, Martina; O'Neill, Jeff; Maisel, William; Nipper, Rebecca A; Amatrudo, Vincent; Buck, Elizabeth; Quin, Elizabeth; Ostermiller, Ian; Shuren, Jeff; Peiris, Vasum; Mednick, David |
| **Cc:** | Pennington, Caitlin; Villegas, Karen; Long, Lisa; Bess, Demetrice; Sobel, Isabel; Rollins, Michele A; Sheehy, Janice; Norcio, Catherine T.; Lewis, Crystal; Lloyd, Lindsay |
| **Subject:** | HHS/FDA Proposal to Ban Electrical Stimulation Devices Used to Treat Self-Injurious or Aggressive Behavior Briefing Materials |
| **Attachments:** | HHS Briefing_Cover Memo_ESDs 2-9-16 Final .doc; aversive conditioning department briefing 2 5 16 Final.ppt |

Good afternoon,

Attached are the background materials for the February 5, 2016 FDA/HHS informational briefing on the proposal to ban electrical stimulation devices used to treat self-injurious or aggressive behavior. These documents were sent to the Department.

Thank you.

Jo Tropea
Policy Analyst
Office of the Executive Secretariat
301-796-5698

1

**Tropea, Josephine T.**

| | |
|---|---|
| **From:** | Tropea, Josephine T. |
| **Sent:** | Wednesday, February 03, 2016 5:09 PM |
| **To:** | Valverde, Madhura (OS); Swenson-O'Brien, Alicia J (OS) |
| **Cc:** | Varnado, Martina; O'Neill, Jeff |
| **Subject:** | HHS/FDA Briefing - Proposal to Ban Electrical Stimulation Devices Used to Treat Self-Injurious or Aggressive Behavior |
| **Attachments:** | HHS Briefing_Cover Memo_ESDs 2-9-16 Final .doc; aversive conditioning department briefing 2 5 16 Final.ppt |

Good afternoon,

Attached are the background materials for the February 5, 2016 FDA informational briefing on the proposal to ban electrical stimulation devices used to treat self-injurious or aggressive behavior.

Thank you.

Jo Tropea
Policy Analyst
Office of the Executive Secretariat
301-796-5698

1

## Tropea, Josephine T.

| | |
|---|---|
| **Subject:** | FDA/HHS Briefing - Banned Devices; Proposal to Ban Electrical Stimulation Devices Used to Treat Self-Injurious or Aggressive Behavior |
| **Location:** | Executive Secretary Conference Room – Humphrey Building, Room 614H |
| | |
| **Start:** | Fri 1/29/2016 2:00 PM |
| **End:** | Fri 1/29/2016 3:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Meeting organizer |
| | |
| **Organizer:** | Tropea, Josephine T. |
| **Required Attendees:** | Tropea, Josephine T.; Califf, Robert; Kraus, Tom; Auchincloss, Kalah; Turner, Lisa; Dickinson, Elizabeth (FDA); Cristinzio, Dayle; Kux, Leslie; Lurie, Peter; Sklamberg, Howard; Varnado, Martina; O'Neill, Jeff; Maisel, William; Nipper, Rebecca A; Amatrudo, Vincent |
| **Optional Attendees:** | Watson, Sharron; Pennington, Caitlin; Villegas, Karen; Long, Lisa; Bess, Demetrice; Sobel, Isabel; Rollins, Michele A; Sheehy, Janice; Norcio, Catherine T.; Lewis, Crystal; Mednick, David |

**Topic:** FDA Staff to Brief the Department on the Proposal to Ban Electrical Stimulation Devices Used to Treat Self-Injurious or Aggressive Behavior

**Purpose:** FDA plans to issue a Proposed Rule in the *Federal Register* to announce a proposal to ban electrical stimulation devices (ESDs) used to treat aggressive behavior (AB) or self-injurious behavior (SIB). FDA has determined that ESDs for SIB and AB present an unreasonable and substantial risk of illness or injury. FDA also determined that the risks associated with ESDs cannot be corrected or eliminated by labeling. ESDs apply shocks to the skin, and are intended to affect behavior by interrupting the target behavior as an immediate response to the stimulus and, over time, through a conditioned reduction in the target behavior. Repeatedly pairing the noxious electrical stimulus with the unwanted behavior is intended to cause individuals to associate the two and thereby induce them to decrease the frequency of the behavior or stop it altogether. This ban applies to ESDs that are already in distribution and use, as well as future sales of these devices. This announcement may generate interest from the only center using these devices, caregivers and family members of individuals who experience the target intellectual and developmental disabilities, and Congress.

**Date/Time:** Friday, January 29 from 2:00pm-3:00pm

**Location:** Executive Secretary Conference Room – Humphrey Building, Room 614H

**Call-in Number:** 888-913-7967, passcode (b) (6)

**Materials:** Will be Sent Prior to Briefing

 **DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring, MD 20993

**Date:**      February 3, 2016

**To:**        Madhura Valverde
               Executive Secretary to the Department of Health and Human Services

**Through:**   Tom Kraus
               Chief of Staff, Food and Drug Administration

**From:**      Martina Varnado
               Director, Office of the Executive Secretariat, Food and Drug Administration

**Subject:**   Proposal to Ban Electrical Stimulation Devices Used to Treat Self-Injurious or
               Aggressive Behavior

**Purpose:** FDA will provide an informational briefing to the Department of Health and Human Services on the Agency's plans to issue a Proposed Rule in the *Federal Register* to announce a proposal to ban electrical stimulation devices (ESDs) used to treat aggressive behavior (AB) or self-injurious behavior (SIB). FDA has determined that ESDs for SIB and AB present an unreasonable and substantial risk of illness or injury. FDA also determined that the risks associated with ESDs cannot be corrected or eliminated by labeling. ESDs apply shocks to the skin, and are intended to affect behavior by interrupting the target behavior as an immediate response to the stimulus and, over time, through a conditioned reduction in the target behavior. Repeatedly pairing the noxious electrical stimulus with the unwanted behavior is intended to cause individuals to associate the two and thereby induce them to decrease the frequency of the behavior or stop it altogether. This ban applies to ESDs that are already in distribution and use, as well as future sales of these devices. The briefing is scheduled for Friday, February 5, 2016, from 2:00 to 3:00 p.m. in the Executive Secretary Conference Room (614H) of the Humphrey Building. Briefing materials are attached. Thank you for your assistance in scheduling this briefing.

**FDA Attendees:**
Tom Kraus, Chief of Staff
Kalah Auchincloss, Deputy Chief of Staff
Jeff Shuren, Director, Center for Devices and Radiological Health (CDRH)
William Maisel, Deputy Center Director for Science, CDRH
Lauren Silvis, Deputy Director for Policy, CDRH
Elizabeth Buck, Economist, Office of the Commissioner
Ian Ostermiller, Regulatory Counsel, CDRH
Vasum Peiris, Medical Officer, CDRH
Leslie Kux, Assistant Commissioner for Policy
David Mednick, Deputy Associate General Counsel, Office of the Chief Counsel
Martina Varnado, Director, Office of the Executive Secretariat (OES)
Jeff O'Neill, Deputy Director, OES
Josephine Tropea, Policy Analyst, OES

*Attachments*
- Slide Presentation

cc:    Alicia Swenson-O'Brien, HHS Executive Secretariat
      Jeff O'Neill, FDA OES

**U.S. Food and Drug Administration**
Protecting and Promoting Public Health

www.fda.gov

# Electrical Stimulation Devices (ESDs) for Self-Injurious Behavior (SIB) and Aggressive Behavior (AB)

## Section 516 Proposed Rule to Ban

## February 5, 2016

Privileged/Confidential











































**THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION**
**PLEASE KEEP MY NAME AND CONTACT INFORMATION CONFIDENTIAL**



May 16, 2016

Dr.Robert M. Califf, MD
Commissioner
Food and Drug Administration
5630 Fishers Lane, Room 1061
Rockville, MD  20852

Re: Proposal to Ban Electrical Stimulation Devices Used To Treat Self-Injurious or Aggressive Behavior
(Docket No. FDA-2016-N-1111)

Dear Commissioner Califf:

I am writing to commend you on the proposed ban of electrical stimulation devices (ESD)s, express my strong support for the ban, and my sincere hope that this is officially adopted soon. These devices deliver painful electric shocks, pose an unreasonable and substantial risk of harm, and have been the cause of incredible pain and suffering for people with disabilities. I also note that their use is condemned by the United Nations Special Rapporteur on Torture.

As has been noted in the proposed rule, there are and there have been countless adverse effects, both psychological and physical, of the use of these devices. There is no evidence that they are a valid or effective treatment, and people with disabilities who have had ESDs used on them report nightmares, overwhelming fear and anxiety, and traumatic memories associated with the use of these devices. Some have later developed psychiatric disabilities such as post-traumatic stress disorder (PTSD).

I am also aware of cases at the Judge Rotenberg Center (JRC), the only facility known to use the devices in the United States, where these devices have been used to abuse residents. This is extremely troubling, and made all the more so, considering the vulnerability of JRC's residents, many of whom have disabilities that affect their ability to communicate.

I am the sibling and parent of individuals with autism. Our family has lived with the challenges associated with this disability for many decades. But we have also seen first-hand the potential for appropriate therapies and interventions to help my brother and daughter grow and thrive. I cringe to think that, had they been born into different circumstances, each of them could have been subjected to pain and suffering through ESD's, rather than the efficacious therapies, services, and supports that have helped both of them so much.

I thank you for the thoughtful, thorough examination and research which led to the proposed rule, and urge you to implement the the total ban without further delay.

Sincerely yours,







RECEIVED

MAY 20 2016

Anonymous Resident
Massachusetts

May 16, 2016

Dr.Robert M. Califf, MD
Commissioner
Food and Drug Administration
5630 Fishers Lane, Room 1061
Rockville, MD  20852

Re: Proposal to Ban Electrical Stimulation Devices Used To Treat Self-Injurious or Aggressive Behavior
(Docket No. FDA-2016-N-1111)

Dear Commissioner Califf:

I am writing to commend you on the proposed ban of electrical stimulation devices (ESD)s, express my
strong support for the ban, and my sincere hope that this is officially adopted soon. These devices deliver
painful electric shocks, pose an unreasonable and substantial risk of harm, and have been the cause of
incredible pain and suffering for people with disabilities. I also note that their use is condemned by the
United Nations Special Rapporteur on Torture.

As has been noted in the proposed rule, there are and there have been countless adverse effects, both
psychological and physical, of the use of these devices. There is no evidence that they are a valid or
effective treatment, and people with disabilities who have had ESDs used on them report nightmares,
overwhelming fear and anxiety, and traumatic memories associated with the use of these devices. Some
have later developed psychiatric disabilities such as post-traumatic stress disorder (PTSD).

I am also aware of cases at the Judge Rotenberg Center (JRC), the only facility known to use the devices in
the United States, where these devices have been used to abuse residents. This is extremely troubling, and
made all the more so, considering the vulnerability of JRC's residents, many of whom have disabilities that
affect their ability to communicate.

I am the sibling and parent of individuals with autism. Our family has lived with the challenges associated
with this disability for many decades. But we have also seen first-hand the potential for appropriate
therapies and interventions to help _____ and _____ grow and thrive. I cringe to think that, had they
been born into different circumstances, each of them could have been subjected to pain and suffering
through ESD's, rather than the efficacious therapies, services, and supports that have helped both of them
so much.

I thank you for the thoughtful, thorough examination and research which led to the proposed rule, and urge
you to implement the the total ban without further delay.

Sincerely yours,


Anonymous



BOSTON MA 021

16 MAY 2016 PM 3 L

Dr. Robert Califf, MD
Commissioner
FDA
5630 Fishers Lane, Room 1061
Rockville, MD
20852

20857-

| | |
|---|---|
| **From:** | Sennett, Antonia Monique |
| **To:** | Sennett, Antonia Monique |
| **Subject:** | FW: Letter requesting FDA finalize ban on Electrical Stimulation Devices |
| **Date:** | Wednesday, June 01, 2016 1:04:40 PM |
| **Attachments:** | Letter Requesting FDA finalize ban on Electrical Stimulation Devices (6.1.16).pdf |
| | image001.png |

**From:** Nancy Weiss [mailto:(b) (6)    @comcast.net]
**Sent:** Wednesday, June 01, 2016 10:03 AM
**To:** Commissioner FDA; Burwell, Sylvia M (OS); ombdirector@omb.eop.gov
**Cc:** Samuels, Jocelyn (OS); Greenlee, Kathy (ACL); Maria_M_Town@who.eop.gov; (b) (6)    @omb.eop.gov; OIRA_submission@omb.eop.gov; (b) (6)    (b) (6)   @omb.eop.gov; (b) (6)    @omb.eop.gov; alisonb@bazelon.org; aneeman@autisticadvocacy.org; nweiss@udel.edu
**Subject:** Letter requesting FDA finalize ban on Electrical Stimulation Devices

**Please see attached a letter requesting that the FDA finalize the ban on Electrical Stimulation Devices. The attached letter is signed by 193 organizations.**

Please direct responses to any the three drafters of this letter:

- Alison Barkoff of the Bazelon Center at alisonb@bazelon.org (202-467-5730 x 1309)
- Ari Ne'eman of the Autistic Self Advocacy Network at aneeman@austicadvocacy.net (202-596-1056); or,
- Nancy Weiss of the National Leadership Consortium on Developmental Disabilities at nweiss@udel.edu (443-318-4879)

**Thank you.**

Nancy R. Weiss, MSW
Director, National Leadership Consortium
   on Developmental Disabilities
University of Delaware
Department of Human Development and Family Studies
111 Alison Hall West
Newark, DE 19716
Home Office: 443-318-4879
www.nlcdd.org





## MEMORANDUM OF MEETING
December 10, 2015
4:00 pm – 5:00 pm

**Subject:** Electrical Stimulation Devices for Self-Injurious Behavior and Aggressive Behavior

**Participants:** Stephen Ostroff, Bruce Kuhlik, Lisa Turner, David Mednick, Peter Lurie, Leslie Kux, Jeff Shuren, William Maisel, Vincent Amatrudo, Michele Svonkin, Lauren Silvis, Rebecca Nipper, Jonette Foy, Ian Ostermiller, and Paul Gadiock, Carlos Pena, Peter Como, Kristen Bowsher, Hina Pinto, Eric Flamm, Angela Krueger, Josephine Tropea

**Purpose:** This was an informational meeting to update and discuss the proposed ban of electrical stimulation devise for self-injurious and aggressive behavior with the Acting Commissioner. Feedback on the use of a "special effective date" on the proposed rule to ban was sought.

**Discussion Highlights:**

- Aversive conditioning is a type of behavior modification technique to reduce or eliminate unwanted behaviors such as self-injurious behavior (SIB) and aggressive behavior (AB). The intent of conditioning is to interrupt the target behavior and pair an aversive stimulus with the unwanted behavior over time to reduce or eliminate the behavior. Electrical Stimulation Devices (ESDs) deliver an electric shock to the skin when the subject exhibits an unwanted behavior. Shocks are primarily delivered via remote activator by a staff member (some have automatic detection).

- There are four ESDs cleared for marketing in the United States, including one developed by the Judge Rotenberg Center (JRC) that was most recently cleared in 1994; the other three from 1976 to 1987. JRC is the only entity in the United States that is currently using ESDs for aversive conditioning. The two devices being used are modified from the original design, the GED-3A and GED-4. The GED-3A has an output that is equivalent to the cleared GED device, but is modified to include a Bluetooth feature. The GED-4 is significantly more powerful than the cleared GED device offering double the electrical stimulus output and triple the power density.

- CDRH held an advisory panel meeting on April 24, 2014 to seek scientific and clinical expert opinion on the risks and benefits associated with other treatment options, the risks and benefits of ESDs for aversive conditioning, and on whether these devices present a substantial and unreasonable risk of illness or injury. The panel concluded 10 to 8 that ESDs meet the banning standard (substantial and unreasonable risk of illness or injury).

- CDRH has determined that ESDs for SIB and AB present an unreasonable and substantial risk of illness or injury (but has not made a finding regarding substantial deception). ESDs for SIB and AB also present an unreasonable, direct, and substantial danger to the health of individuals. Labeling, or a change in labeling, cannot correct or eliminate the risk.

- CDRH is recommending publishing a proposed rule to ban the use of these devices that utilizes the "special effective date".

-

**Action Items/Next Steps:**



**Prepared by:** Josephine Tropea, 301-796-5698

Drafted J. Tropea on 12/18/15
Reminder to CDRH on 1/11/16
CDRH cleared with minor edits on 1/11/16