**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

Refer to: Request Number **2016-00921-FOIA-OS**

**September 1, 2016**

Paul E.  Peterson
5 Midland Road
Wellesley, MA  02482

Dear Paul E. Peterson:

This acknowledges receipt of your August 23, 2016 Freedom of Information Act (FOIA) request (FDA 2016-7184), which was forwarded to the Department of Health and Human Services, FOI/Privacy Acts Division, by the Food and Drug Administration (FDA) to search for records within the Office of the Secretary. You requested the following:

1.  Documents relating to any in-person meetings between U.S. Food and Drug Administration ("FDA") employees and stakeholders or persons interested in electrical stimulation devices ("ESDs") as used to treat self-injurious behavior or aggressive behavior ("SIB/AB"), or with experience relating to the use of ESDs as used to treat SIB/AB, dating from January 2012 to the present
2.   Communications, and any documents relating to communications, between Department of Health and Human Services officials and FDA employees regarding ESDs used to treat SIB/AB, dating from January 2012 to the present
3.  Documents obtained, received, or created by FDA analyzing literature, whether published or unpublished, relating to ESDs as used to treat SIB/AB, or analogous devices, dating from January 2012 to the present; and
4.  Communications, including but not limited to records of telephone conversations or in-person meetings, and any documents relating to communications, between FDA employees and patients or former patients of the Judge Rotenberg Educational Center, Inc. ("JRC"), or parents of patients or former patients of JRC, dating from January 2012 to the present"**.**

**We received your request on August 31, 2016.**

We have initiated a search to locate records falling within the scope of your request.  If our searching units advise us that you have requested a voluminous amount of records that require extensive search and examination, my staff will contact you shortly to discuss your willingness to modify your request.

The FOIA requires that we respond to your request within 20 working days of its receipt in this office. Please note the following unusual and exceptional circumstances that will impact our response time:  (1) we will need to search for and collect records from components and/or field offices external to this office; and (2) because we receive a very heavy volume of FOIA requests, we will process your request in line with our established policy of "first in, first out" case processing.  If either of these circumstances prevents our office from responding within the 20 working day timeframe, we will utilize a 10 working day extension to process your request, as permitted pursuant to the FOIA.  This policy is consistent with court decisions regarding FOIA's time limits.

The law authorizes us to collect fees for responding to FOIA requests and assume that you are willing to pay any applicable fees for processing this request unless you have stated otherwise.  If at any time the fee for processing your request is estimated to exceed $250.00, we will send you an invoice for the estimated fee and suspend further processing until payment of the invoiced amount is received. If the estimated processing fee does not exceed $250.00, we will send you an invoice for the actual fee with our response.

Please note the following:

If you believe that we should expedite the processing of your request because the requested records are needed in light of a compelling need; i.e., an imminent threat to the life and safety of an individual; an urgency to inform the public concerning government activity (provided you are a member of the media); a deadline in litigation; a deadline for commenting on proposed regulations; or other urgent matters, you must ask for expedited processing in writing and provide to this office as much relevant information as possible.  In line with 5 U.S.C. § 552(a)(6)(E)(vi), you must demonstrate the compelling need in a statement certified to be true and correct to the best of your knowledge and belief.   Attach any supporting documentation to your statement, including a court scheduling order if your request is based upon a litigation deadline. (Fax supporting documentation to the FOIA/PA Division at (202) 690-8320).

If your request seeks a waiver or reduction of the fees that we would customarily charge for furnishing agency records and your request does not contain sufficient information to enable us to determine whether a waiver or reduction of fees is warranted, you should provide such information to this office within 10 working days of receipt of this letter.  In line with 45 C.F.R. § 5.45, such information must include a detailed explanation of how disclosure to you:  (1) is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and (2) is not primarily in the commercial interest of the requester.  I especially need to know how you intend to disseminate the information to the public.

When submitting this additional information, please refer to the case number listed at the top left-hand corner of this letter, and send it to:

>FOI/Privacy Acts Division
>U.S. Department of Health and Human Services
>200 Independence Avenue S.W.
>Room 729H
>Washington, DC 20201

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

>Michael Bell
>HHS FOIA Public Liaison
>U.S. Department of Health and Human Services
>Office of the Assistant Secretary for Public Affairs
>Room 729H
>200 Independence Avenue, S.W.
>Washington, DC 20201
>
>Telephone:  (202) 260-0793
>E-mail: HHS_FOIA_Public_Liaison@hhs.gov

and/or:

>Office of Government Information Services
>National Archives and Administration
>8601 Adelphi Road – OGIS
>College Park, MD 20740-6001
>
>Telephone:  202-741-5770
>Toll-Free: 1-877-684-6448
>E-mail: ogis@nara.gov
>Fax: 202-741-5769

Any questions regarding the status of this request should be directed to our office at 202-690-7453.

Sincerely yours,

Michael S. Marquis
Director
FOI/Privacy Acts Division