DEPARTMENT OF HEALTH & HUMAN SERVICES

Food and Drug Administration
Rockville, MD 20857

PAUL E PETERSON

5 Midland Road
Wellesley  MA  02482  USA

08/29/2016

In Reply refer to:

2016-7106

Your reference:

Dear Requester:

The Food and Drug Administration (FDA) has received your Freedom of Information Act (FOIA) request for records regarding:

DR TRISTAM SMITH, DR GARY LAVIGNA, DR FREDDA BROWN - ELECTRICAL STIMULATION DVCS RECS, EXPERT OPINIONS

We will respond as soon as possible and may charge you a fee for processing your request.   If your informational needs change, and you no longer need the requested records, please contact the undersigned to cancel your request, as charges may be incurred once processing of your request has begun. For more information on processing fees, please see http://www.fda.gov/RegulatoryInformation/FOI/FOIAFees/default.htm.

If you have any questions about your request, please call Claire B. Stansbury,  Information Technician,  at (301) 796-8979 or write to us at:

> Food and Drug Administration
> Division of Freedom of Information
> 5630 Fishers Lane, Room 1035
> Rockville, MD 20857

If you call or write, use the reference number above which will help us to answer your questions more quickly.

Case 1:17-cv-02092-BAH   Document 1-14   Filed 10/10/17   Page 2 of 2

Office of Government Information Services
National Archives and Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Telephone:  202-741-5770
Toll-Free: 1-877-684-6448
E-mail: ogis@nara.gov
Fax: 202-741-5769

and/or

Michael Bell
HHS FOIA Public Liaison
U.S. Department of Health and Human Services
Office of the Assistant Secretary for Public
Room 729H
200 Independence Avenue, S.W.
Washington, DC 20201

Telephone:  (202) 260-0793
E-mail: HHS_FOIA_Public_Liaison@hhs.gov

Sincerely,

Claire B. Stansbury

Information Technician