**Matthew D. Rodgers**

---

**From:** Dickinson, Elizabeth (FDA) [mailto:Elizabeth.Dickinson@fda.hhs.gov]
**Sent:** Friday, February 03, 2017 4:17 PM
**To:** Jeff N. Gibbs; Charlotte L. Bednar; Michael Flammia
**Subject:** RE: Docket No. FDA-2016-N-1111 Proposal to Ban Electrical Stimulation Devices Used to Treat Self-Injurious or Aggressive Behavior

All,

We are reviewing your submission and request for a meeting with the Chief Counsel's office related to a proposed ban on electrical stimulation devices.  We will be back in touch once we have assessed appropriate next steps.

Best,

Liz

---

**From:** Charlotte L. Bednar [mailto:CBednar@eckertseamans.com]
**Sent:** Tuesday, December 27, 2016 3:18 PM
**To:** Dickinson, Elizabeth (FDA)
**Cc:** Michael Flammia; Jeff N. Gibbs
**Subject:** Docket No. FDA-2016-N-1111 Proposal to Ban Electrical Stimulation Devices Used to Treat Self-Injurious or Aggressive Behavior

Dear Ms. Dickinson,

Attached please find correspondence from Michael Flammia, Esq. and Jeffrey Gibbs, Esq. on behalf of the Judge Rotenberg Educational Center, Inc., concerning Docket No. FDA-2016-N-1111.  It is also being sent to you by Federal Express.

Best regards,

**Charlotte L. Bednar, Esq. | Member**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

Two International Place • 16th Floor • Boston, MA 02110
Direct (617) 342.6826 | Fax (617) 342.6899
cbednar@eckertseamans.com

eckertseamans.com

This electronic communication (including attachments, if any) may contain or constitute information that is privileged, confidential and/or exempt from discovery or disclosure. Unintended transmission or re-transmission shall not constitute waiver of the attorney-client or any other applicable privilege or protection. If you are not an intended recipient of this communication, or believe you may have received it in error:  any review, use, disclosure or further distribution or reproduction in any form is prohibited; the communication and any copies should be destroyed; and notification should be provided immediately by reply e-mail to cbednar@eckertseamans.com.

E-mail transmissions cannot be guaranteed to be safe, secure, or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender and Eckert Seamans Cherin & Mellott, LLC therefore do not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---------------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.