**FDA** **U.S. FOOD & DRUG**
ADMINISTRATION

ECKERT SEAMANS ET AL                                    02/15/2017
MICHAEL FLAMMIA
TWO INTERNATIONAL PLACE                                 In Reply refer to:
BOSTON  MA  02110
                                                        2017-1440

                                                        Your reference:

Dear Requester:

The Food and Drug Administration (FDA) has received your Freedom of Information Act (FOIA) request for records regarding:
DKT FDA-2016-N-1111

We will respond as soon as possible and may charge you a fee for processing your request.   If your informational needs change, and you no longer need the requested records, please contact the undersigned to cancel your request, as charges may be incurred once processing of your request has begun. For more information on processing fees, please see http://www.fda.gov/RegulatoryInformation/FOI/FOIAFees/default.htm.

If you have any questions about your request, please call Claire B. Stansbury,  Information Technician,  at (301) 796-8979 or write to us at:

> Food and Drug Administration
> Division of Freedom of Information
> 5630 Fishers Lane, Room 1035
> Rockville, MD 20857

If you call or write, use the reference number above which will help us to answer your questions more quickly.

U.S. Food and Drug Administration
5630 Fishers Lane, Room 1035
Rockville, MD 20857
www.fda.gov

**FDA** U.S. FOOD & DRUG
ADMINISTRATION

You also have the right to seek dispute resolution services from:

Office of Government Information Services          and/or          Michael Bell
National Archives and Administration                                        HHS FOIA Public Liaison
8601 Adelphi Road – OGIS                                                      U.S. Department of Health and Human Services
College Park, MD 20740-6001                                                Office of the Assistant Secretary for Public
                                                                                          Room 729H
Telephone:  202-741-5770                                                    200 Independence Avenue, S.W.
Toll-Free: 1-877-684-6448                                                    Washington, DC 20201
E-mail: ogis@nara.gov
Fax: 202-741-5769                                                                Telephone:  (202) 260-0793
                                                                                          E-mail: HHS_FOIA_Public_Liaison@hhs.gov

Sincerely,

Claire B. Stansbury

Information Technician

U.S. Food and Drug Administration
5630 Fishers Lane, Room 1035
Rockville, MD 20857
www.fda.gov