**Devorah Levine**

| | |
|---|---|
| **From:** | Kotler, Sarah <Sarah.Kotler@fda.hhs.gov> |
| **Sent:** | Monday, May 01, 2017 10:41 AM |
| **To:** | Stern, Max D.; Michael Flammia; Devorah Levine; Deal, Alexandra |
| **Cc:** | Russ, Wilson |
| **Subject:** | FDA FOIA 2016-7108, 2016-7148, 2016-7308, 2017-1440 |

Dear Mr. Flammia,

During our call last week, I indicated that I would consult with the Office of Chief Counsel (OCC) and the Center for Devices (CDRH) regarding their estimated response time for the various JRC FOIA requests. OCC expects to begin releasing records next month. They should complete processing on all the JRC requests currently assigned to them in the fall. CDRH, which has a far larger FOIA workload (currently over 1500 pending FOIA requests), will not likely be able to respond until 2018.

The New England District Office, the Office of the Commissioner - Executive Secretariat, and the Division of Freedom of Information have already responded to the requests.

Thank you,

**Sarah B. Kotler, J.D.**
*Director*
**Office of the Executive Secretariat**
**Division of Freedom of Information**
**U.S. Food and Drug Administration**
Tel: 301-796-8976
Sarah.Kotler@fda.hhs.gov



