UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE JUDGE ROTENBERG EDUCATIONAL CENTER, INC., *et al.*, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-02092-BAH |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's July 23, 2021 Order in this matter, the parties, through their undersigned counsel, respectfully submit this Joint Status Report.

In the parties' July 20, 2021 Joint Status Report [ECF No. 54], the parties reported that the U.S. Food and Drug Administration ("FDA") had a deadline of August 20, 2021 to petition for rehearing of a decision by a panel of the U.S. Court of Appeals for the D.C. Circuit (the "D.C. Circuit") vacating a final rule by FDA in the consolidated appeals known as *The Judge Rotenberg Educational Center, Inc. v. United States Food and Drug Administration, et al.*, No. 20-1087 (D.C. Cir.), and *Aponte, et al. v. United States Food and Drug Administration, et al.*, No. 20-1088 (D.C. Cir.) (collectively, the "Appeals"). The parties explained that the D.C. Circuit's judgment was not final, and that it was possible that further proceedings in the Appeals would obviate the necessity for or reduce the scope of further action by this Court, and so the parties requested that this matter remain stayed until fourteen (14) days after the D.C. Circuit's judgment became final and suggested that they submit a further joint status report in this matter within fourteen (14) days after FDA's deadline to petition for rehearing. On July 23, 2021, this Court extended the stay in this

1

action through September 3, 2021, and directed the parties to submit, by the same date, a joint status report advising the Court whether further proceedings are necessary and, if so, proposing a schedule for further proceedings in this matter.

Since the Court entered its July 23, 2021 Order, the D.C. Circuit granted FDA's unopposed motion to extend the time to petition for rehearing to September 10, 2021.  The D.C. Circuit's judgment is still not final, and it remains possible that further proceedings in the Appeals may obviate the necessity for or reduce the scope of further action by this Court.  Therefore, the parties now jointly request that this matter remain stayed until fourteen (14) days after the D.C. Circuit's judgment becomes final and jointly suggest that they submit a further joint status report in this matter updating the Court as to whether FDA has petitioned for rehearing by September 24, 2021, *i.e.*, fourteen (14) days after FDA's new September 10, 2021 deadline to do so, and advising the Court as to the status of the Appeals and any impact on proceedings in this matter.

| | |
|---|---|
| Dated: August 31, 2021 | Respectfully submitted, |
| The Judge Rotenberg Educational Center, Inc. and Paul E. Peterson, Ph.D., | CHANNING D. PHILLIPS<br>D.C. Bar #415793<br>Acting United States Attorney |
| /s/ Edward J. Longosz, II<br>Edward J. Longosz, II (D.C. Bar No. 368932)<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>1717 Pennsylvania Avenue, Northwest,<br>12th Floor<br>Washington, D.C. 20006<br>T: (202) 659-6619<br>F: (202) 659-6699<br>elongosz@eckertseamans.com | BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: /s/ Sean M. Tepe<br>    SEAN M. TEPE, DC Bar #1001323<br>    Assistant United States Attorney<br>    555 4th Street, N.W.<br>    Washington, DC 20530<br>    (202) 252-2536<br>    sean.tepe@usdoj.gov |
| Michael P. Flammia (*Pro Hac Vice*)<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>2 International Place, 16th Floor<br>Boston, MA 02110<br>T: (617) 342-6854<br>F: (617) 342-6899<br>mflammia@eckertseamans.com | *Attorneys for Defendants* |
| The J.R.C. Parents and Friends Association, Inc. and Paul E. Peterson, Ph.D., | |
| /s/ Max D. Stern<br>Max D. Stern (*Pro Hac Vice*)<br>TODD & WELD, LLP<br>1 Federal Street<br>Boston, MA 02110<br>T: (617) 624-4712<br>F: (617) 227-5777<br>mdstern@toddweld.com | |
| *Attorneys for Plaintiffs* | |

3

100637200.1

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Joint Status Report has been made through the Court's electronic transmission facilities on this 31st day of August, 2021.

                                                              /s/ Edward J. Longosz, II
                                                              Edward J. Longosz, II

100637200.1