**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE JUDGE ROTENBERG EDUCATIONAL CENTER, INC., *et al.*,    ) ) ) ) | |
| *Plaintiffs*,    ) ) | |
| v.    ) ) ) | Civil Action No. 1:17-cv-02092-BAH |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,    ) ) ) ) | |
| *Defendants*.    ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's September 22, 2021 Order in this matter, the parties, through their undersigned counsel, respectfully submit this Joint Status Report.

In the parties' September 22, 2021 Joint Status Report [ECF No. 56], the parties reported that the U.S. Food and Drug Administration ("FDA") had petitioned for rehearing of a decision by a panel of the U.S. Court of Appeals for the D.C. Circuit (the "D.C. Circuit") vacating a final rule by FDA in the consolidated appeals known as *The Judge Rotenberg Educational Center, Inc. v. United States Food and Drug Administration, et al.*, No. 20-1087 (D.C. Cir.), and *Aponte, et al. v. United States Food and Drug Administration, et al.*, No. 20-1088 (D.C. Cir.) (collectively, the "Appeals"), and that the D.C. Circuit had requested that petitioners in the Appeals, including the Plaintiffs in this matter, file a response to FDA's petition.  The parties explained that the D.C. Circuit's judgment was not final, and that it was possible that further proceedings in the Appeals would obviate the necessity for or reduce the scope of further action by this Court, and so the parties requested that this matter remain stayed until fourteen (14) days after the D.C. Circuit's judgment became final and suggested that they submit a further joint status report in this matter

1

101059618.1

within fourteen (14) days after the D.C. Circuit acted upon FDA's petition for rehearing *en banc*. On the same date, this Court extended the stay in this action until fourteen (14) days after the D.C. Circuit's judgment in the Appeals became final and directed the parties to file a joint status report advising the Court whether further proceedings are necessary and, if so, proposing a schedule for further proceedings in this matter within fourteen (14) days of the D.C. Circuit's decision on whether to rehear *en banc* the Appeals.

Since the Court entered its September 22, 2021 Order, petitioners in the Appeals, including the Plaintiffs in this matter, filed their response to FDA's petition, and the D.C. Circuit denied FDA's petition and issued its mandate. FDA now has ninety (90) days from the D.C. Circuit's November 22, 2021 denial of its petition for rehearing, or until February 22, 2022, to petition for a writ of *certiorari* to the U.S. Supreme Court.[1] *See* S. Ct. R. 13.1, 13.3. Thus, the D.C. Circuit's judgment is still not final, and it remains possible that further proceedings in the Appeals may obviate the necessity for or reduce the scope of further action by this Court. Therefore, the parties now jointly request that this matter remain stayed until fourteen (14) days after the D.C. Circuit's judgment becomes final and jointly suggest that they submit a further joint status report in this matter advising the Court as to the status of the Appeals and any impact on the proceedings in this matter within fourteen (14) days of the earlier of: (i) FDA's February 22, 2022 deadline to file a petition for a writ of *certiorari* to the U.S. Supreme Court; or (ii) the date on which FDA files a petition in the event that it decides to do so.

---

[1]     Because ninety (90) days after November 22, 2021 is Sunday, February 20, 2022, and because Monday, February 21, 2022 is a federal holiday, FDA's deadline is extended to Tuesday, February 22, 2022. *See* Fed. R. App. P. 26(a)(1)(C), (a)(6)(A).

Dated: December 6, 2021

The Judge Rotenberg Educational Center, Inc.
and Paul E. Peterson, Ph.D.,

/s/ Edward J. Longosz, II
Edward J. Longosz, II (D.C. Bar No. 368932)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, Northwest,
12th Floor
Washington, D.C. 20006
T: (202) 659-6619
F: (202) 659-6699
elongosz@eckertseamans.com

Michael P. Flammia (*Pro Hac Vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
2 International Place, 16th Floor
Boston, MA 02110
T: (617) 342-6854
F: (617) 342-6899
mflammia@eckertseamans.com

The J.R.C. Parents and Friends Association,
Inc. and Paul E. Peterson, Ph.D.,

/s/ Max D. Stern
Max D. Stern (*Pro Hac Vice*)
TODD & WELD, LLP
1 Federal Street
Boston, MA 02110
T: (617) 624-4712
F: (617) 227-5777
mdstern@toddweld.com

*Attorneys for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 252-2536
sean.tepe@usdoj.gov

*Attorneys for Defendants*

3

101059618.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that service of the foregoing Joint Status Report has been made through the Court's electronic transmission facilities on this 6th day of December 2021.

<u>/s/ Edward J. Longosz, II</u>
Edward J. Longosz, II

101059618.1