UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JUDGE ROTENBERG EDUCATIONAL CENTER, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:17-cv-02092-BAH |

## JOINT STATUS REPORT

Pursuant to the Court's March 8, 2022 Order in this matter, the parties, through their undersigned counsel, respectfully submit this Joint Status Report.

In late 2020, Plaintiffs, The Judge Rotenberg Educational Center, Inc., The J.R.C. Parents and Friends Association, Inc., and Paul E. Peterson, Ph.D. (collectively, "Plaintiffs"), with the consent of Defendants, the U.S. Food and Drug Administration ("FDA") and the U.S. Department of Health and Human Services (collectively, "Defendants"), moved to stay this action pending the resolution of the consolidated appeals known as *The Judge Rotenberg Educational Center, Inc. v. United States Food and Drug Administration, et al.*, No. 20-1087 (D.C. Cir.), and *Aponte, et al. v. United States Food and Drug Administration, et al.*, No. 20-1088 (D.C. Cir.) (collectively, the "Appeals") [ECF No. 52]. Plaintiffs explained that, in the Appeals, they and others had moved for discovery of certain records, including, but not limited to, unredacted copies of certain of the records at issue in this action (the "Discovery Motions"), and that the resolution of the Discovery Motions in the Appeals might obviate the need for or reduce the scope of further action by this Court under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The Court then stayed

1

proceedings in this action [Aug. 24, 2020 Minute Order], until fourteen (14) days after the D.C. Circuit's judgment in the Appeals became final [Sept. 22, 2021 Minute Order].

In the most recent Joint Status Report [ECF No. 58], the parties reported that the D.C. Circuit's judgment vacating FDA's final rule had become final. Plaintiffs also explained their view that the final resolution of the appeals did not necessarily obviate the need for all further action by this Court. The parties jointly requested that this matter remain stayed for sixty (60) days so that the parties could meet and confer regarding the impact of the D.C. Circuit's ruling. This Court then extended the stay in this action though May 9, 2022, and directed the parties to file, by the same date, this Joint Status Report [March 8, 2022 Minute Order].

Since the Court entered its March 8, 2022 Order, the parties have consulted about an efficient path forward in this action. As a result, Plaintiffs agreed to review, during the next forty-five (45) days, Defendants' pending summary judgment papers for potential ways to narrow the remaining issues. Defendants, in turn, agreed to consider the appropriateness of further disclosures in response to any particular issues raised and/or records identified by Plaintiffs. This process will permit the parties to determine what, if any, Court proceedings remain necessary and assist in narrowing the scope of any future Court review.

Plaintiffs note that, in the most recent Joint Status Report, they also requested an extension of the stay because, after the D.C. Circuit's judgment in the Appeals became final, they and others sent FDA a letter proposing a resolution to the various remaining issues between the parties in the hope that if the parties were able to reach an agreed-upon global resolution, there would be no need for further litigation in this action. Plaintiffs further note that, since the Court entered its March 8, 2022 Order, FDA has now responded to their letter, and Plaintiffs are in the process of reviewing FDA's letter and the potential implications that communication may have on Plaintiffs'

view of the need to continue pursuing, in this action, the responsive records that Defendants continue withholding.

Therefore, the parties jointly request that this matter remain stayed for forty-five (45) days so that the parties may work together to narrow the remaining issues, in the event further proceedings remain necessary. The parties further suggest that, within forty-five (45) days, or by June 23, 2002, the parties submit a further joint status report with a proposed briefing schedule and a description of the scope of further proceedings, if necessary, or advising the Court that the case may be dismissed.

Dated: May 9, 2022

The Judge Rotenberg Educational Center, Inc. and Paul E. Peterson, Ph.D.,

/s/ Edward J. Longosz, II
Edward J. Longosz, II (D.C. Bar No. 368932)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, Northwest,
12th Floor
Washington, D.C. 20006
T: (202) 659-6619
F: (202) 659-6699
elongosz@eckertseamans.com

Michael P. Flammia (*Pro Hac Vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
2 International Place, 16th Floor
Boston, MA 02110
T: (617) 342-6854
F: (617) 342-6899
mflammia@eckertseamans.com

The J.R.C. Parents and Friends Association, Inc. and Paul E. Peterson, Ph.D.,

/s/ Max D. Stern
Max D. Stern (*Pro Hac Vice*)
TODD & WELD, LLP
1 Federal Street
Boston, MA 02110
T: (617) 624-4712
F: (617) 227-5777
mdstern@toddweld.com

*Attorneys for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-2536
sean.tepe@usdoj.gov

*Attorneys for Defendants*

4

103469526.1

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Joint Status Report has been made through the Court's electronic transmission facilities on this 9th day of May 2022.

/s/ Edward J. Longosz, II
Edward J. Longosz, II
