UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THE JUDGE ROTENBERG EDUCATIONAL CENTER, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 17-cv-02092 |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and the Court's current Scheduling Order, Min. Order (July 15, 2022), Plaintiffs, The Judge Rotenberg Educational Center, Inc. ("JRC"), The J.R.C. Parents and Friends Association, Inc., and Paul E. Peterson, Ph.D. (collectively, "Plaintiffs"), respectfully move for leave to amend their Complaint, ECF No. 1, under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, against Defendants, U.S. Food and Drug Administration ("FDA") and U.S. Department of Health and Human Services (collectively, "Defendants"), to assert a single additional FOIA claim against FDA. Plaintiffs' new FOIA claim seeks this Court's assistance in enforcing Plaintiffs' FOIA rights by compelling FDA to issue a final determination on and produce all records responsive to a FOIA request submitted by JRC on March 29, 2022 (the "2022 FOIA Request"). The 2022 FOIA Request was submitted by one of the Plaintiffs (JRC) to one of the Defendants (FDA), and seeks records concerning the same subjects as the FOIA requests that are already the subject of Plaintiffs' Complaint but were generated, received, or dated after July 19, 2016, the day after Plaintiffs submitted their first FOIA requests. As further explained in the memorandum

-1-

supporting this motion, which is filed herewith and incorporated herein by reference, the Court should grant this motion because:

1. Plaintiffs are promptly requesting this amendment;

2. Defendants will suffer no prejudice from this amendment; and

3. Allowing this amendment is in the interests of judicial economy and efficiency.

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Grant this motion;

B. Accept for filing the attached Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief;

C. Order FDA to make a rolling production to Plaintiffs of records responsive to the 2022 FOIA Request of no fewer than 5,000 pages per month every 60 days until production is complete, beginning on October 31, 2022;

D. Order the parties to file a joint status report with every FDA production, beginning on October 31, 2022, advising the Court on the status of the production, including the number of records produced, in full or in part or withheld, and remaining for processing, and the estimated date for completion of such processing; and

E. Order the parties to file, after the completion of FDA's production, a joint status report proposing a briefing schedule for consolidated summary judgment briefing concerning all determinations, responses, productions, redactions, and asserted exemptions by Defendants to all of Plaintiffs' FOIA requests that are at issue in this action.

Respectfully submitted,

THE JUDGE ROTENBERG EDUCATIONAL CENTER, INC.
and PAUL E. PETERSON, PH.D.,

By their attorneys,

/s/ Edward J. Longosz, II
Edward J. Longosz, II, Esq. (D.C. Bar No. 368932)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, Northwest, 12th Floor
Washington, D.C. 20006
T: 202 659 6619
F: 202 659 6699
elongosz@eckertseamans.com

/s/ Michael P. Flammia
Michael P. Flammia, Esq. (*Pro Hac Vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
2 International Place, 16th Floor
Boston, MA 02110
T: 617 342 6854
F: 617 342 6899
mflammia@eckertseamans.com

--- and ---

THE J.R.C. PARENTS AND FRIENDS ASSOCIATION, INC.
and PAUL E. PETERSON, PH.D.,

By their attorney,

/s/ Max D. Stern
Max D. Stern, Esq. (*Pro Hac Vice*)
TODD & WELD LLP
1 Federal Street
Boston, MA 02110
T: 617 624 4712
F: 617 227 5777
mdstern@toddweld.com

Dated: August 19, 2022

105487845.1

## LCvR 7(m) CERTIFICATION

I hereby certify that Plaintiffs' counsel discussed this motion with Defendants' counsel in a good-faith effort to determine whether there was any opposition to this motion, and Defendants' counsel reported that Defendants intend to oppose this motion.

/s/ Edward J. Longosz, II
Edward J. Longosz, II, Esq.

Dated: August 19, 2022

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document has been made through the Court's electronic transmission facilities on this date.

/s/ Edward J. Longosz, II
Edward J. Longosz, II, Esq.

Dated: August 19, 2022

105487845.1