UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDGE ROTENBERG EDUCATIONAL CENTER, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 17-2092 (BAH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Amend Complaint, ECF No. 62, and for the reasons set forth in Defendants' opposition thereto and the entire record herein, it is, this ___ day of _____, 2022,

ORDERED that Plaintiff's Motion to Amend Complaint is DENIED; and it is

FURTHER ORDERED that the parties shall adhere to the following briefing schedule with regard to Defendants' motion for summary judgment, ECF No. 50:

1. Plaintiffs shall file their response and any cross-motion for summary judgment on or before November 30, 2022;

2. Defendants shall file a reply in support of their motion for summary judgment and any opposition to Plaintiffs' cross-motion on or before January 13, 2023; and

3. Plaintiffs shall file any reply in support of their cross-motion on or before February 10, 2023.

_____
UNITED STATES DISTRICT JUDGE