# EXHIBIT B



May 4, 2022

Michael P. Flammia
ECKERT SEAMANS CHERIN & MELLOT, LLC
Two International Place, 16th Floor
Boston, MA 02110

Re:     February 18, 2022 Letter from Mr. Flammia to Dr. Shuren

Dear Mr. Flammia:

This letter responds to the above-referenced letter sent by you on behalf of your client, the Judge Rotenberg Educational Center, Inc. ("JRC"), and Max Stern, Esq., who represents individuals receiving treatment with JRC's Graduated Electronic Decelerator ("GED") devices, a type of Electrical Stimulation Device ("ESD"), and their families.  In your letter, you make two requests of the United States Food and Drug Administration ("FDA").  First, you request that FDA publish in the Federal Register a notice that the United States Court of Appeals for the District of Columbia ("D.C. Circuit") has vacated FDA's ban of ESDs used to treat self-injurious and aggressive behavior (the "Ban").  Second, you request that FDA "confirm by return letter" that "the Agency lacks jurisdiction over JRC's GED devices when manufactured by JRC solely for use by JRC's licensed clinicians in the course of practicing medicine at JRC."  FDA has considered your requests and responds to them in turn below.

At this time, FDA does not intend to publish a notice in the Federal Register about the D.C. Circuit's decision in this matter.

With respect to your second request, FDA does not agree with your assertion that FDA's "longstanding position" is that FDA "lacks jurisdiction over JRC's GED devices when manufactured by JRC solely for use by JRC's licensed clinicians in the course of practicing medicine at JRC."  FDA has repeatedly indicated such disagreement in its communications with JRC, including in a 2011 untitled letter, a 2012 warning letter, and a 2013 meeting.  JRC's GED devices are devices as that term is defined in section 201(h) of the Federal Food, Drug, and Cosmetic Act (FD&C Act) and, as such, fall within FDA's jurisdiction.  Additionally, we note that a statement made by an FDA employee orally, or given in writing but not under 21 CFR 10.85 or 10.90, is an informal communication that represents the best judgment of that employee at that time but does not constitute an advisory opinion, does not necessarily represent the formal position of FDA, and does not bind or otherwise obligate or commit the agency to the views expressed (see 21 CFR 10.85(k)).

FDA's mission is, among other things, to promote and protect the public health by ensuring there is reasonable assurance of the safety and effectiveness of devices intended for human use.  FDA intends to continue to monitor and assess the risks and benefits of devices and may take action, as necessary, to fulfill its mission.

Sincerely,

Jeffrey E.    Digitally signed by
Shuren -S    Jeffrey E. Shuren -S
             Date: 2022.05.04
             15:03:22 -04'00'

Jeffrey Shuren, M.D., J.D.
Director
Center for Devices and Radiological Health

Page 2 – Michael P. Flammia