# EXHIBIT C

117TH CONGRESS
2D SESSION
# H. R. 7667

# AN ACT

To amend the Federal Food, Drug, and Cosmetic Act to revise and extend the user-fee programs for prescription drugs, medical devices, generic drugs, and biosimilar biological products, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

2

**SECTION 1. SHORT TITLE.**

This Act may be cited as the ''Food and Drug Amendments of 2022''.

**SEC. 2. TABLE OF CONTENTS.**

The table of contents of this Act is as follows:

Sec. 1. Short title.
Sec. 2. Table of contents.

TITLE I—FEES RELATING TO DRUGS

Sec. 101. Short title; finding.
Sec. 102. Definitions.
Sec. 103. Authority to assess and use drug fees.
Sec. 104. Reauthorization; reporting requirements.
Sec. 105. Sunset dates.
Sec. 106. Effective date.
Sec. 107. Savings clause.

TITLE II—FEES RELATING TO DEVICES

Sec. 201. Short title; finding.
Sec. 202. Definitions.
Sec. 203. Authority to assess and use device fees.
Sec. 204. Reauthorization; reporting requirements.
Sec. 205. Conformity assessment pilot program.
Sec. 206. Reauthorization of third-party review program.
Sec. 207. Sunset dates.
Sec. 208. Effective date.
Sec. 209. Savings clause.

TITLE III—FEES RELATING TO GENERIC DRUGS

Sec. 301. Short title; finding.
Sec. 302. Authority to assess and use human generic drug fees.
Sec. 303. Reauthorization; reporting requirements.
Sec. 304. Sunset dates.
Sec. 305. Effective date.
Sec. 306. Savings clause.

TITLE IV—FEES RELATING TO BIOSIMILAR BIOLOGICAL
PRODUCTS

Sec. 401. Short title; finding.
Sec. 402. Definitions.
Sec. 403. Authority to assess and use biosimilar fees.
Sec. 404. Reauthorization; reporting requirements.
Sec. 405. Sunset dates.
Sec. 406. Effective date.
Sec. 407. Savings clause.

TITLE V—IMPROVING DIVERSITY IN CLINICAL STUDIES

3

Sec. 501. Diversity action plans for clinical studies.
Sec. 502. Evaluation of the need for FDA authority to mandate postapproval studies or postmarket surveillance due to insufficient demographic subgroup data.
Sec. 503. Public workshops to enhance clinical study diversity.
Sec. 504. Annual summary report on progress to increase diversity in clinical studies.
Sec. 505. Public meeting on clinical study flexibilities initiated in response to COVID–19 pandemic.
Sec. 506. Decentralized clinical studies.

### TITLE VI—GENERIC DRUG COMPETITION

Sec. 601. Increasing transparency in generic drug applications.
Sec. 602. Enhancing access to affordable medicines.

### TITLE VII—RESEARCH, DEVELOPMENT, AND SUPPLY CHAIN IMPROVEMENTS

#### Subtitle A—In General

Sec. 701. Animal testing alternatives.
Sec. 702. Emerging technology program.
Sec. 703. Improving the treatment of rare diseases and conditions.
Sec. 704. Antifungal research and development.
Sec. 705. Advancing qualified infectious disease product innovation.
Sec. 706. National Centers of Excellence in Advanced and Continuous Pharmaceutical Manufacturing.
Sec. 707. Advanced manufacturing technologies designation pilot program.
Sec. 708. Public workshop on cell therapies.
Sec. 709. Reauthorization of best pharmaceuticals for children.
Sec. 710. Reauthorization for humanitarian device exemption and demonstration grants for improving pediatric availability.
Sec. 711. Reauthorization of provision related to exclusivity of certain drugs containing single enantiomers.
Sec. 712. Reauthorization of the critical path public-private partnership program.
Sec. 713. Reauthorization of orphan drug grants.
Sec. 714. Research into pediatric uses of drugs; additional authorities of Food and Drug Administration regarding molecularly targeted cancer drugs.

#### Subtitle B—Inspections

Sec. 721. Factory inspection.
Sec. 722. Uses of certain evidence.
Sec. 723. Improving FDA inspections.
Sec. 724. GAO report on inspections of foreign establishments manufacturing drugs.
Sec. 725. Unannounced foreign facility inspections pilot program.
Sec. 726. Reauthorization of inspection program.
Sec. 727. Enhancing intra-agency coordination and public health assessment with regard to compliance activities.
Sec. 728. Reporting of mutual recognition agreements for inspections and review activities.
Sec. 729. Enhancing transparency of drug facility inspection timelines.

4

## TITLE VIII—TRANSPARENCY, PROGRAM INTEGRITY, AND REGULATORY IMPROVEMENTS

Sec. 801. Prompt reports of marketing status by holders of approved applications for biological products.
Sec. 802. Encouraging blood donation.
Sec. 803. Regulation of certain products as drugs.
Sec. 804. Postapproval studies and program integrity for accelerated approval drugs.
Sec. 805. Facilitating the use of real world evidence.
Sec. 806. Dual Submission for Certain Devices.
Sec. 807. Medical Devices Advisory Committee meetings.
Sec. 808. Ensuring cybersecurity of medical devices.
Sec. 809. Public docket on proposed changes to third-party vendors.
Sec. 810. Facilitating exchange of product information prior to approval.
Sec. 811. Bans of devices for one or more intended uses.
Sec. 812. Clarifying application of exclusive approval, certification, or licensure for drugs designated for rare diseases or conditions.
Sec. 813. GAO report on third-party review.
Sec. 814. Reporting on pending generic drug applications and priority review applications.
Sec. 815. FDA Workforce Improvements.

### TITLE IX—MISCELLANEOUS

Sec. 901. Determination of budgetary effects.
Sec. 902. Medicaid Improvement Fund.

# TITLE I—FEES RELATING TO DRUGS

**SEC. 101. SHORT TITLE; FINDING.**

(a) SHORT TITLE.—This title may be cited as the "Prescription Drug User Fee Amendments of 2022".

(b) FINDING.—The Congress finds that the fees authorized by the amendments made by this title will be dedicated toward expediting the drug development process and the process for the review of human drug applications, including postmarket drug safety activities, as set forth in the goals identified for purposes of part 2 of subchapter C of chapter VII of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 379g et seq.), in the letters from the Sec-

200

device or investigational use, and the initial marketing of such drug or device.

### SEC. 811. BANS OF DEVICES FOR ONE OR MORE INTENDED USES.

(a) IN GENERAL.—Section 516(a) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360f(a)) is amended—

(1) in paragraph (1), by inserting "for one or more intended use" before the semicolon at the end; and

(2) in the matter following paragraph (2), by inserting "for any such intended use or uses. A device that is banned for one or more intended uses is not a legally marketed device under section 1006 when intended for such use or uses" after "banned device".

(b) SPECIFIC DEVICES DEEMED BANNED.—Section 516 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360f) is further amended by adding at the end the following:

"(c) SPECIFIC DEVICE BANNED.—Electrical stimulation devices that apply a noxious electrical stimulus to a person's skin intended to reduce or cease self-injurious behavior or aggressive behavior are deemed to be banned devices, as described in subsection (a).

201

"(d) REVERSAL BY REGULATION.—Devices banned under this section are banned devices unless or until the Secretary promulgates a regulation to make such devices or use of such devices no longer banned based on a finding that such devices or use of such devices does not present substantial deception or an unreasonable and substantial risk of illness or injury, or that such risk can be corrected or eliminated by labeling.".

**SEC. 812. CLARIFYING APPLICATION OF EXCLUSIVE AP-PROVAL, CERTIFICATION, OR LICENSURE FOR DRUGS DESIGNATED FOR RARE DIS-EASES OR CONDITIONS.**

(a) APPLICATION OF EXCLUSIVE APPROVAL, CERTIFICATION, OR LICENSURE FOR DRUGS DESIGNATED FOR RARE DISEASES OR CONDITIONS.—Section 527 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360cc) is amended—

(1) in subsection (a), in the matter following paragraph (2), by striking "same disease or condition" and inserting "same approved indication or use within such rare disease or condition";

(2) in subsection (b)—

(A) in the matter preceding paragraph (1), by striking "same rare disease or condition" and inserting "same indication or use for which