# EXHIBIT D

II

# Calendar No. 444

117TH CONGRESS
2D SESSION

# S. 4348

To amend the Federal Food, Drug, and Cosmetic Act to revise and extend the user-fee programs for prescription drugs, medical devices, generic drugs, and biosimilar biological products, and for other purposes.

———————

## IN THE SENATE OF THE UNITED STATES

MAY 26, 2022

Mrs. MURRAY (for herself and Mr. BURR) introduced the following bill; which was read twice and referred to the Committee on Health, Education, Labor, and Pensions

JULY 13, 2022

Reported by Mrs. MURRAY, with an amendment

[Strike out all after the enacting clause and insert the part printed in italic]

———————

# A BILL

To amend the Federal Food, Drug, and Cosmetic Act to revise and extend the user-fee programs for prescription drugs, medical devices, generic drugs, and biosimilar biological products, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

433

~~when a request for records pursuant to such section 704(a)(4) was not issued or complied with.~~

~~"(6) The number of facilities that did not implement requested corrective or preventive actions following a report issued pursuant to such section 704(b), resulting in a withhold recommendation, including the number of such times for each category of drugs listed in subparagraphs (A) through (C) of paragraph (1).".~~

### SECTION 1. SHORT TITLE; TABLE OF CONTENTS.

(a) SHORT TITLE.—This Act may be cited as the "Food and Drug Administration Safety and Landmark Advancements Act of 2022" or the "FDASLA Act of 2022".

(b) TABLE OF CONTENTS.—The table of contents for this Act is as follows:

Sec. 1. Short title; table of contents.

#### TITLE I—FEES RELATING TO DRUGS

Sec. 101. Short title; finding.
Sec. 102. Definitions.
Sec. 103. Authority to assess and use drug fees.
Sec. 104. Reauthorization; reporting requirement.
Sec. 105. Sunset dates.
Sec. 106. Effective date.
Sec. 107. Savings clause.

#### TITLE II—FEES RELATING TO DEVICES

Sec. 201. Short title; finding.
Sec. 202. Definitions.
Sec. 203. Authority to assess and use device fees.
Sec. 204. Reauthorization; reporting requirement.
Sec. 205. Accreditation programs.
Sec. 206. Sunset dates.
Sec. 207. Effective date.
Sec. 208. Savings clause.

434

### TITLE III—FEES RELATING TO GENERIC DRUGS

Sec. 301. Short title; finding.
Sec. 302. Authority to assess and use human generic drug fees.
Sec. 303. Reauthorization; reporting requirements.
Sec. 304. Sunset dates.
Sec. 305. Effective date.
Sec. 306. Savings clause.

### TITLE IV—FEES RELATING TO BIOSIMILAR BIOLOGICAL PRODUCTS

Sec. 401. Short title; finding.
Sec. 402. Definitions.
Sec. 403. Authority to assess and use biosimilar biological product fees.
Sec. 404. Reauthorization; reporting requirements.
Sec. 405. Sunset dates.
Sec. 406. Effective date.
Sec. 407. Savings clause.

### TITLE V—IMPROVING REGULATION OF DRUGS AND BIOLOGICAL PRODUCTS

Sec. 501. Alternatives to animal testing.
Sec. 502. Safer disposal of opioids.
Sec. 503. Clarifications to exclusivity provisions for first interchangeable biosimilar biological products.
Sec. 504. Improvements to the Purple Book.
Sec. 505. Therapeutic equivalence evaluations.
Sec. 506. Modernizing accelerated approval.
Sec. 507. Rare disease pilot program.
Sec. 508. Supporting review and development of drugs to treat rare diseases.
Sec. 509. Generic drug labeling changes.
Sec. 510. Limitations on exclusive approval or licensure of orphan drugs.
Sec. 511. Ensuring timely access to generics.
Sec. 512. Increasing transparency in generic drug applications.
Sec. 513. GAO report on nonprofit pharmaceutical organizations.
Sec. 514. FDA public meeting on nonprofit prescription drug manufacturers.
Sec. 515. 180-day exclusivity period.

### TITLE VI—OTHER REAUTHORIZATIONS

Sec. 601. Reauthorization of the critical path public-private partnership.
Sec. 602. Reauthorization of the best pharmaceuticals for children program.
Sec. 603. Reauthorization of the humanitarian device exemption incentive.
Sec. 604. Reauthorization of the pediatric device consortia program.
Sec. 605. Reauthorization of provision pertaining to drugs containing single enantiomers.
Sec. 606. Reauthorization of orphan drug grants.
Sec. 607. Reauthorization of certain device inspections.

### TITLE VII—ENHANCING FDA HIRING AUTHORITIES

Sec. 701. Enhancing FDA hiring authority for scientific, technical, and professional personnel.
Sec. 702. Strategic workforce plan and report.

435

*TITLE VIII—ADVANCING REGULATION OF COSMETICS, DIETARY SUPPLEMENTS, AND IN VITRO CLINICAL TESTS*

*Subtitle A—Cosmetics*

Sec. 801. Short title.
Sec. 802. Amendments to cosmetic requirements.
Sec. 803. Enforcement and conforming amendments.
Sec. 804. Records inspection.
Sec. 805. Talc-containing cosmetics.
Sec. 806. PFAS in cosmetics.
Sec. 807. Sense of the Senate on animal testing.
Sec. 808. Funding.

*Subtitle B—Dietary Supplements*

Sec. 811. Regulation of dietary supplements.

*Subtitle C—In Vitro Clinical Tests*

Sec. 821. Short title.
Sec. 822. Definitions.
Sec. 823. Regulation of in vitro clinical tests.
Sec. 824. Enforcement and other provisions.
Sec. 825. Transition.
Sec. 826. Emergency use authorization.
Sec. 827. Antimicrobial susceptibility tests.
Sec. 828. Combination products.
Sec. 829. Resources.
Sec. 830. Authorization of appropriations.
Sec. 831. Guidance on Diagnostic Innovation.
Sec. 832. GAO report on unique considerations.

*TITLE IX—OTHER PROVISIONS*

Sec. 901. Facilities management.
Sec. 902. User fee program transparency and accountability.
Sec. 903. OTC hearing aids final rule.
Sec. 904. Enhancing coordination and transparency on inspections.
Sec. 905. Certificates to foreign governments.
Sec. 906. Importation of drugs.
Sec. 907. Improving information technology systems of the Food and Drug Administration.
Sec. 908. Regulation of certain products as drugs.
Sec. 909. Reporting on mailroom and Office of the Executive Secretariat of the Food and Drug Administration.
Sec. 910. Protecting infants and improving formula supply.
Sec. 911. Predetermined change control plans for devices.
Sec. 912. Prohibition against food packaging containing intentionally added PFAS.
Sec. 913. Requirements regarding conflicts of interest.
Sec. 914. Third party data transparency.
Sec. 915. Banned devices.
Sec. 916. Medical device cybersecurity.
Sec. 917. Women's Health Research Roadmap.
Sec. 918. GAO report on deaths due to the cost of drugs in the United States.

960

***SEC. 915. BANNED DEVICES.***

*(a) IN GENERAL.—Section 516 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360f) is amended—*

*(1) in subsection (a)—*

*(A) in paragraph (1), by inserting "for one or more of its intended uses" before the semi-colon; and*

*(B) in the flush text following paragraph (2), by inserting "for any such intended use or uses" before the period; and*

*(2) by adding at the end the following:*

*"(c) SPECIFIC DEVICES.—Adverse conditioning devices, including electrical stimulation devices, that apply a noxious electrical stimulation to an individual's skin intended to reduce or cease self-injurious or aggressive behavior are deemed to be banned devices, as described in subsection (a), without the need for the Secretary to promulgate a regulation with respect to such devices as described in such subsection.".*

*(b) RULE OF CONSTRUCTION.—Nothing in this section shall be construed to limit the authority of the Secretary of Health and Human Services to amend, in accordance with section 516 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360f) and chapter 5 of title 5, United States Code, regulations promulgated pursuant to such section 516.*