AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
FEB 26 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Judge Rotenberg Educational Center, Inc, et al.,
    Plaintiff
    v.
U.S. Food and Drug Administration, et al.,
    Defendant

Civil Action No. 17-2092 (BAH)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion for Summary Judgment is GRANTED; It is FURTHER ORDERED that plaintiffs' Cross-Motion for Summary Judgment is DENIED. It is FURTHER ORDERED that judgment is entered in favor of defendants and ORDERED that the Clerk of the Court is directed to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge BERYL A. HOWELL _____ on a motion for Summary Judgment by the defendants and Cross-Motion for Summary Judgment by the plaintiffs

Date: 02/26/2025

ANGELA D. CAESAR, CLERK OF COURT

*/s/ Mark Coates*
Signature of Clerk or Deputy Clerk